IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LOI MING HA | * | |
| Plaintiffs | * | Civil No. 97-1706(SEC) |
| v. | * | |
| MAXIMO BERRIOS NEGRON and LUIS ANDINO | * | |
| Defendants | * | |

**ORDER TO SHOW CAUSE**

This case was dismissed for lack of prosecution on May 15, 1998. **(Docket # 16)**. It was reopened on reconsideration on June 23, 1998. **(Docket # 17, Endorsed order)**. On November 17, 1998, however, due to his continued failure to effect service and lack of diligent prosecution, we order plaintiff to show good cause why this case should not be dismissed again. **(Docket # 18)**. On December 8, 1998, plaintiff filed a "Motion in Compliance with Order," wherein he again recounted his failed efforts to serve process upon co-defendant Luis Andino; nothing was said regarding the service of process upon defendant Máximo Berríos Negrón. **(Docket # 19)**. However, pursuant to plaintiff's request, we issued an order on January 20, 1999, directing Ms. Sonia I. Ramírez at the Office of Personnel of the Puerto Rico Police Department—purportedly, co-defendant Andino's employer—to provide plaintiff with Andino's last known address. **(Docket # 20)**. While it is not possible to ascertain from the record whether or not Ms. Ramírez complied with our order, the fact remains that plaintiff has not yet served process upon defendants.

Pursuant to the above, plaintiff is hereby **ORDERED TO SHOW CAUSE by December 1st, 1999**, why this case should not be dismissed for lack of prosecution pursuant to Fed. R. Civ. P.



AO 72A
(Rev. 8/82)

<u>Civil No. 97-1706(SEC)</u>                                                                                                    2

41(b). Failure to comply with this order **will result in the dismissal of this action**.

**SO ORDERED.**

In San Juan, Puerto Rico, this __23__ day of November, 1999.

                                      SALVADOR E. CASELLAS
                                      United States District Judge

AO 72A
(Rev. 8/82)